

**FILED**
**CLERK, U.S. DISTRICT COURT**
05/20/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Kenneth N. Klee (State Bar No. 063372)
Thomas E. Patterson (State Bar No. 130723)
Daniel J. Bussel (State Bar No. 121939)
David M. Guess (State Bar No. 238241)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:        kklee@ktbslaw.com; tpatterson@ktbslaw.com
              dbussel@ktbslaw.com; dguess@ktbslaw.com

*Attorneys for the J.T. Thorpe Settlement Trust
and Thorpe Insulation Company Asbestos
Settlement Trust*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>J.T. THORPE, INC.<br><br>and<br><br>THORPE INSULATION COMPANY,<br><br>Debtors.<br><br>_____<br><br>J.T. THORPE SETTLEMENT TRUST<br><br>and<br><br>THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. MANDELBROT and THE MANDELBROT LAW FIRM,<br><br>Defendants. | 2:14-CV-03883-VAP<br>Chapter 11<br><br>Case No. 02-14216-BB<br><br>Adversary Case No. 2:12-ap-02182-BB<br><br>Case No. 07-19271-BB (Case Closed) (Jointly Administered with Case No. 07-20016-BB)<br><br>Adversary Case No. 2:12-ap-02183-BB<br><br>**TRUSTS' ELECTION TO TRANSFER TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA APPEALS FROM**<br><br>**(1)** *ORDER GRANTING MOTION TO ENFORCE JANUARY 23, 2014 STIPULATED AGREEMENT*;<br><br>**(2)** *ORDER FOLLOWING TRIAL ON ADVERSARY COMPLAINTS AND MOTION FOR INSTRUCTIONS*; **AND**<br><br>**(3)** *JUDGMENT IN ADVERSARY PROCEEDINGS*<br><br>No Hearing Required |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Pursuant to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001(e), and Rule 8001-2.1.2.2 of the Local Rules of the United States District Court for the Central District of California Governing Bankruptcy Appeals, Cases and Proceedings, Plaintiffs and Appellees Thorpe Insulation Company Asbestos Settlement Trust and J.T. Thorpe Settlement Trust hereby elect to proceed in the United States District Court for the Central District of California in connection with the appeal by Defendants and Appellants Michael J. Mandelbrot and The Mandelbrot Law Firm of the (1) *Order Granting Motion To Enforce January 23, 2014 Stipulated Agreement* [Dkt. No. 232]; (2) *Order Following Trial On Adversary Complaints And Motion For Instructions* [Dkt. No. 233]; and (3) *Judgment In Adversary Proceedings* [Dkt. No. 234], which were entered on April 7, 2014 by the United States Bankruptcy Court for the Central District of California.

DATED: May 13, 2014                    Respectfully submitted,

*/s/ Daniel J. Bussel*
　Daniel J. Bussel

KLEE, TUCHIN, BOGDANOFF & STERN LLP

*Attorneys for the J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Settlement Trust*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): Trusts' Election to Transfer to United States District Court for the Central District of California Appeals from (1) *Order Granting Motion to Enforce January 23, 2014 Stipulated Agreement*; (2) *Order Following Trial on Adversary Complaints and Motion for Instructions*; and (3) *Judgment in Adversary Proceedings* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 13, 2014 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 13, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 13, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**TO BE SERVED BY PERSONAL DELIVERY:**
The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1482
255 E. Temple Street
Los Angeles, CA 90012-3332

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2014 | Kathryn T. Zwicker | /s/ Kathryn T. Zwicker |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           **F 9013-3.1.PROOF.SERVICE**

Case 2:14-cv-02133-BRO Document 58 Filed 05/13/15 Page 4 of 5 Page ID #:32
Case 2:14-cv-02133-BRO Document 58 Filed 05/13/15 Page 4 of 5 Page ID #:32
Main Document     Page 4 of 5

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Daniel J. Bussel, dbussel@ktbslaw.com (attorneys for Plaintiffs J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Trust)
- David N Chandler, courtdocsdncpc@gmail.com (attorneys for the Defendants/Appellants Michael J. Mandelbrot, Esq. and The Mandelbrot Law firm)
- Dennis D Davis, mvelasquez@gsdllaw.com (attorneys for the Defendants Michael J. Mandelbrot, Esq. and The Mandelbrot Law firm)
- Gary S Fergus, gfergus@ferguslegal.com (counsel to Futures Representative)
- Gabriel I Glazer, gglazer@stutman.com (attorneys for Plaintiffs Thorpe Insulation Company Asbestos Settlement Trust and J.T. Thorpe Settlement Trust)
- Gregory K Jones, gjones@stutman.com (attorneys for Plaintiffs Thorpe Insulation Company Asbestos Settlement Trust and J.T. Thorpe Settlement Trust)
- Merle Meyers, mmeyers@mlg-pc.com (attorneys for the Defendants Michael J. Mandelbrot, Esq. and The Mandelbrot Law firm)
- Danielle A Pham, dpham@gordonsilver.com (attorneys for Thorpe Insulation Company Asbestos Settlement Trust and J.T. Thorpe Settlement Trust)
- Marcy Railsback, marcy@bovinorailsback.com, marcyrailsback@hotmail.com (attorneys for Witnesses Barbara Malm and Laura Paul)
- United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

**SERVED BY FIRST-CLASS MAIL:**

Eve H. Karasik, Esq.
Danielle A. Pham, Esq.
Gordon Silver
1888 Century Park East, 15th Fl.
Los Angeles, CA 90067

Attorneys for Thorpe Insulation Company Asbestos Settlement Trust and J.T. Thorpe Settlement Trust

Benjamin P. Smith
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105

Attorneys for the J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Settlement Trust

Michael J. Mandelbrot, Esq.
Mandelbrot Law Firm
505 San Marin Drive, Suite 200
Novato, CA 94945

Defendants *Pro Se*

David N. Chandler
1747 Fourth St
Santa Rosa, CA 95404

Attorneys for the Defendants/Appellants Michael J. Mandelbrot, Esq. and The Mandelbrot Law firm

Michael Molland
Molland Law
30 Fifth Street
Petaluma, CA 94952

Special Litigation Counsel for the Thorpe Trusts and Western Trust

Gary S. Fergus
Fergus, a Law Office
595 Market Street, Suite 2430
San Francisco, CA 94105

Counsel to Futures Representative

Jean L Bertrand
Schiff Hardin LLP
One Market Spear Street Tower
32nd Fl
San Francisco, CA 94105

Attorneys for Witness Charles W. LaGrave

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

**SERVED BY E-MAIL:**

David N Chandler, courtdocsdncpc@gmail.com (attorneys for the Defendants/Appellants Michael J. Mandelbrot, Esq. and The Mandelbrot Law firm)
Dennis D Davis, mvelasquez@gsdllaw.com (attorneys for the Defendants Michael J. Mandelbrot, Esq. and The Mandelbrot Law firm)
Gary S Fergus, gfergus@ferguslegal.com (counsel to Futures Representative)
Michael J. Mandelbrot, mandelbrot@asbestoslegalcenter.org  (Defendant/Appellant)
Merle Meyers, mmeyers@mlg-pc.com (attorneys for the Defendants Michael J. Mandelbrot, Esq. and The Mandelbrot Law firm)
Danielle A Pham, dpham@gordonsilver.com (attorneys for Thorpe Insulation Company Asbestos Settlement Trust and J.T. Thorpe Settlement Trust)
Marcy Railsback, marcy@bovinorailsback.com, marcyrailsback@hotmail.com (attorneys for Witnesses Barbara Malm and Laura Paul)
Michael Molland, mmolland@mollandlaw.com (Special Litigation Counsel for the Thorpe Trusts and Western Trust)
United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**