MICHAEL J. MANDELBROT, ESQ. (CSB# 172626)
Mandelbrot Law Firm
505 San Marin Drive, Suite 200
Novato, CA 94945

Phone: (415) 895-5175
Fax: (415) 895-1328
Defendants *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>J.T. THORPE, INC.,<br>THORPE INSULATION COMPANY,<br><br>Debtors<br><br>J.T. THORPE SETTLEMENT TRUST,<br>THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST,<br><br>Plaintiffs,<br>vs.<br><br>MICHAEL J. MANDELBROT and THE MANDELBROT LAW FIRM,<br><br>Defendants. | Case No. 2:14-CV-03883-VAP<br><br>*Appeal From Proceedings Before The Hon. Sheri Bluebond, U.S. Bankruptcy Judge*<br><br>*Chapter 11*<br><br>*Case No. 02-14216-BB*<br>*Adversary Case No. 2:12-ap-02182-BB*<br>*Case No. 07-19271-BB*<br>*Adversary Case No. 2:12-ap-02183-BB*<br><br>**DEFENDANT MICHAEL J. MANDELBROT, d.b.a., MANDELBROT LAW FIRM'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF JUDGMENT IN ADVERSARY PROCEEDING AND ORDER FOLLOWING TRIAL ON ADVERSARY COMPLAINTS AND MOTION FOR INSTRUCTIONS**<br><br>Date: 2:00 p.m.<br>Time: July 7, 2014<br>Place: Courtroom 2<br>3470 Twelfth Street<br>Riverside, CA 92501-3801<br>Judge: Honorable Virginia A. Phillips |

DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF JUDGMENT
PENDING APPEAL - 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on the 7th Day of July, 2014, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Hon. Virginia A. Phillips, judge presiding, United States District Court for the Central District of California, Courtroom 2, 3470 Twelfth Street, Riverside, CA 92501-3801, Defendant attorney MICHAEL J. MANDELBROT and MANDELBROT LAW FIRM (hereinafter "MANDELBROT" or "Defendants") shall, and hereby does, move this Court for Its Order to Stay Enforcement of Judgment in Adversary Proceeding and Stay the Order Following Trial on Adversary Complaints and Motion for Instructions, in favor of Plaintiffs J.T. THORPE SETTLEMENT TRUST ("JT TRUST") and THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST ("TIC TRUST" or collectively "Plaintiffs" or the "Settlement Trusts") in the above-referenced adversary proceedings.

This matter was fully briefed and argued before the Hon. Sheri Bluebond, in the United States Bankruptcy Court, Central District of California, in proceedings below. Accordingly, no additional briefing or briefing schedule is requested here, but instead, the Defendants request a hearing and ruling *de novo* on the motion on the existing record below, most especially:

| DATE | DOCKET # | DOCUMENT |
|---|---|---|
| 4/7/14 | 232 | Order Granting Motion to Enforce 1/23/2014 Stipulated Agreement; see Order for details (BNC – PDF)(Related Doc #208) Signed on 4/7/2014 (Beauchamp, Sonia)(Entered: 04/07/2014) |
| 4/7/2014 | 233 | Order Following Trial on Adversary Complaint and Motion for Instructions (BNC-PDF) Signed on 4/7/2014 (RE: related document(s) 1 Complaint filed by Plaintiff J.T. Thorpe Settlement Trust). (Beuchamp, Sonia)(Entered: 04/07/2014) |
| 4/7/2014 | 234 | JUDGMENT in Adversary Proceedings (BNC-PDF) Signed on 4/7/2014. (Beauchamp, Sonia) (Entered: 04/07/2014) |
| 4/21/2014 | 241 | Motion and NOTICE of Motion to Stay of Enforcement of Judgment in adversary proceeding and order following trial on adversary complaint and Motion for Instructions; CORRECTION: INCORRECT HEARING DATE/TIME ON |

| | | |
|---|---|---|
| | | MOTION – MTN IS NOT ON CALENDAR FOR 5/28/14 @10:30 AM; AN AMENDED NOTICE OF HEARING IS REQUIRED, Filed by Defendant Michael J. Mandelbrot (Wesley, Wendy Ann) (Entered: 04/22/2014) |
| 4/21/2014 | 242 | Notice of motion/application filed by Defendant Michael J. Mandelbrot (RE: related document(s) 241 Motion and NOTICE of Motion to Stay Enforcement of Judgment in adversary proceeding and order following trial on adversary complaints and Motion for Instructions; CORRECTION: INCORRECT HEARING DATE/TIME ON MOTION – MTN IS NOT ON CALENDAR FOR 5/28/14@10:30 AM; AN AMENDED NOTICE OF HEARING IS REQUIRED (Wesley, Wendy Ann) filed by 3rd Pty Defendant Michael J Mandelbrot, Defendant Michael J. Mandelbrot). (Wesley, Wendt Ann)(Entered: 04/22/2014) |
| 4/21/2014 | 243 | Declaration re: Michael J. Mandelbrot dba Mandelbrot Law Firm in Support (RE: related document(s) 24: Motion). Filed by Defendant Michael J. Mandelbrot (Wesley, Wendy Ann)(Entered: 04/22/2014) |
| 5/13/2014 | 257 | Opposition to (related document(s): 245 Notice of Hearing filed by 3rd Pty Defendant Michael J. Mandelbrot, Defendant Michael J. Mandelbrot) Trusts' *Opposition to Mandelbrot Amended Motion to Stay Enforcement of Judgment and Order Following Trial* Filed by Plaintiffs J.T. Thorpe Settlement Trust, Thorpe Insulation Company Asbestos Settlement Trust (RE: related document(s) 239 Notice of Appeal). (Bussel, Daniel) (Entered: 05/13/2014) |
| 5/13/2014 | 260 | Opposition to (related document(s): 245 Notice of Hearing filed by 3rd Pty Defendant Michael J. Mandelbrot, Defendant Michael J. Mandelbrot) *Joinder of 3rd Party Plaintiff in Trusts' Opposition [Docket 257] to Mandelbrot Amended Motion to Stay Enforcement of Judgment and Order Following Trial* Filed by 3rd Party Plaintiff Charles B. Renfrew (Fergus, Gary) (Entered: 05/13/2014) |
| 5/22/2014 | 273 | Reply Brief in Support of Amended Motion to Stay Enforcement of Judgment and order following trial; exhibits 1 – 3; (related document(s): 241 Motion filed by 3rd Pty Defendant Michael J. Mandelbrot, Defendant Michael J. Mandelbrot) Filed by Defendants Michael J. Mandelbrot, The Mandelbrot Law Firm (Wesley, Wendy Ann) (Entered: 05/23/2014) |

DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL - 3 -

| | | |
|---|---|---|
| 5/28/2014 | 275 | Hearing Held (Bk Motion) (RE: related document(s) 241 Generic Motion) – RULING – DENIED. ORDER TO FOLLOW. (Wesley, Wendy Ann) (Entered: 05/28/2014) |
| 5/30/2014 | 281 | Transcript regarding Hearing Held 05/27/14 RE: Motion to Stay Enforcement of Judgment in Adversary Proceeding. |

This motion is and was based on the Federal Rules of Bankruptcy Procedure, Rule 8005, the decision in <u>Fireman's Fund Insurance Co. v. Plant Insulation Co. (In re Plant Insulation Co.</u>), 485 B.R. 203, 237 (N.D. Cal. 2012), reversed and remanded on other grounds, 734 F.3d 900 (9th Cir. 2013), citing <u>Nken v. Holder</u>, 556 U.S. 418, 433–434 (2009), the Memorandum of Points and Authorities submitted to Judge Bluebond in the proceedings above-referenced, the Declaration of Michael Mandelbrot submitted before Judge Bluebond and the client declarations and records and files before Judge Bluebond, in the proceedings above-referenced, and on such other and further bases as the Court deems proper in the circumstances.

We note here that the terms of the existing Judgment and Orders improperly, illegally and unethically require the transfer of ***thousands*** of Mandelbrot Law Firm asbestos clients (victims of asbestos diseases) bankruptcy claims to one or more other law firms on or before July 23, 2014. This motion is brought before this Court for *de novo* review of Judge Bluebond's May 27, 2014, Order denying the Defendants' Motion for Stay of Enforcement Pending Appeal.

The Defendants submit that the record was fully developed in the proceedings before Judge Bluebond, and therefore the Defendants request that Your Honor review that record and the Motion for Stay *de novo* and grant the requested relief in favor of the Defendants.

Respectfully Submitted,

Dated this 4th of June, 2014

Michael J. Mandelbrot, Defendant and
Attorney at Law

DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF JUDGMENT
PENDING APPEAL - 4 -

CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Mandelbrot Law Firm and that on this date I served a true and correct copy of the herein document by (X) E-filing notification by ( ) fax transmission with confirmation of receipt and/or ( ) depositing addressed sealed envelopes with U.S. first-class postage, in the U.S. Mail, at Novato, California, and addressed as follows:

| | |
|---|---|
| Eve H. Karasik, Esq.<br>Gordon Silver<br>1888 Century Park East, 15th Fl<br>Los Angeles, CA 90067<br>T: 702.796.5555 \| F: 702.369.2666<br>ekarasik@gordonsilver.com | Benjamin P. Smith, Esq.<br>Morgan Lewis<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>T: 415.442.1000 \| F: 415.442.1001<br>bpsmith@morganlewis.com |
| Office of the United States Trustee<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017<br>ustpregion16.la.ecf@usdoj.gov | Gary S. Fergus, Esq.<br>Fergus, A Law Office<br>595 Market Street, Suite 2430<br>San Francisco, CA 94105<br>T: 415.537.9030 \| F: 415.537.9038<br>gfergus@ferguslegal.com |
| Kathryn T. Zwicker, Esq.<br>Thomas E. Patterson, Esq<br>Klee, Tuchin, Bogdaoff & Stern, LLP<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles, CA 90067-6049<br>T: 310.407.4000 \| F: 310.407.9090<br>kklee@ktbslaw.com | Michael Molland, Esq.<br>Molland Law<br>30 Fifth Street<br>Petaluma, CA 94952<br>T: 707.202.5511\| F: 707.202-5513<br>mmolland@mollandlaw.com |

Executed on the 4th day of June, 2014, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
James Chaffee

PROOF OF SERVICE - 1