**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: J.T. THORPE, INC. & THORPE INSULATION COMPANY, DEBTORS | Case No. CV 14-03883-VAP<br>USBC Case No.<br>2:02-BK-14216-BB<br>ADVERSARY Case No.<br>2:12-AP-02182-BB)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Appellants' appeal is DISMISSED. The Court orders that such judgment be entered in favor of Appellees.

Dated: <u>September 3, 2015</u>

                                      VIRGINIA A. PHILLIPS<br>                              United States District Judge